Arman Saakyan, ESQ. SBN 259958
Law Offices of Arman Sahakyan & Associates
1415 E. Colorado St., Ste 205
Glendale, CA 91205
Phone (818) 246-1000
Fax (818) 483-2340

Attorney for Defendant
3161 Los Feliz Blvd., LLC; Aram Tsolakyan and Gohar Grigorian

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Shirley Lindsay,<br><br>　　　　　Plaintiffs,<br><br>　vs.<br><br>3161 Los Feliz Blvd., LLC, a California Limited Liability Company; Aram Tsolakyan; Gohar Grigorian;<br><br>　　　　　Defendants. | Case No.: 2:17-CV-02592-JFW-SS<br><br>**ORDER** |

　　　Having considered the Defendants' Motion for Enlargement of Time to Respond to Plaintiff's Motion for Summary Judgment,

　　　IT IS Ordered that Defendants late filed response, filed on December 4, 2017 [docket entry 27] is accepted for filing.

Date: December 5, 2017

_____
United States District Judge

Order