CENTER FOR DISABILITY ACCESS
Raymond G. Ballister, Jr., SBN 111282
Phyl Grace, Esq., SBN 171771
Chris Carson, Esq. SBN 280048
Mail: PO Box 262490
San Diego, CA 92196-2490
Delivery: 9845 Erma Road, Suite 300
San Diego, CA 92131
(858) 375-7385; (888) 422-5191 fax
phylg@PotterHandy.com

Attorneys for Plaintiff Shirley Lindsay

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Shirley Lindsay**, <br><br> Plaintiff, <br><br> v. <br><br> **3161 Los Feliz Blvd., LLC,** a California Limited Liability Company**;** <br> **Aram Tsolakyan;** <br> **Gohar Grigorian**; and Does 1-10, <br><br> Defendants. | Case No.: 2:17-CV-02592-JFW-SS <br><br> **JOINT SUMMARY OF WITNESS TESTIMONY** <br><br> Pretrial Conference: January 19, 2018 <br> Time: 10:00 a.m. <br><br> Complaint Filed: April 5, 2017 <br> Trial Date: January 30, 2018 <br><br> Honorable Judge John F. Walter |

Pursuant to Local Rule 16-5 and F.R.Civ.P. 26(a)(3)(A), Plaintiff Shirley Lindsay and Defendants 3161 Los Feliz Blvd., LLC, Aram Tsolakyan, and Gohar Grigorian hereby submit their Witness List. All testimony will be in person unless otherwise indicated.

///

///

///

///

1

| NAME | EXPECTED TESTIMONY | EST. TIME FOR DIRECT |
|---|---|---|
| Shirley Lindsay | Ms. Lindsay will testify about (1) how the barriers at the Adam Tsolakyan, DDS dental office prevented her access; and (2) her desire to return to Adam Tsolakyan, DDS dental office. | 45 to 60 minutes |
| Janis Kent | Ms. Kent is a designated expert. She will testify as to compliance or non-compliance with the Americans with Disabilities Act Accessibility Guidelines and Title 24 of the California Code of Regulations, and the cost and the feasibility of removing or remediating those barriers. | 60 to 90 minutes |
| Evens Louis | Mr. Louis will testify about his inspection of the subject property and the photos he took on or about December 9, 2016 and December 14, 2016. | 45 to 60 minutes |
| Aram Tsolakyan | Mr. Tsolakyan will testify about (1) his ownership interest in the subject property; (2) Condition of the subject property from the date of his purchase through present; (3) Financial condition of Aram Tsolakyan DDS; (4) All business aspects of Aram Tsolakyan DDS; (5) Aram Tsolakyan's efforts to make the property compliant with the Americans with Disabilities Act Accessibility Guidelines and Title 24 of the California Code of Regulations. (6) his position | 60 to 90 minutes |

| | | |
|---|---|---|
| | with 3161 Los Feliz Blvd., LLC as person most knowledgeable – now dissolved. | |
| Gohar Grigorian | Mrs. Grigorian will testify about (1) her role and ownership interest in the subject property. | 30 to 60 minutes |

Pursuant to Local Rule 5-4.3.4, the filer attests that all other signatories listed, and on whose behalf this filing is submitted, concur in the content of this filing and have authorized this filing.

Dated: January 4, 2018   CENTER FOR DISABILITY ACCESS

By: ___/s/ Chris Carson_____

CHRIS CARSON
Attorneys for Plaintiff

Dated: January 4, 2018   ARMAN SAAKYAN & ASSOCIATES

"/s/" Arman Saakyan Esq.

By: _____

ARMAN SAAKYAN
Attorneys for Defendants