1  CENTER FOR DISABILITY ACCESS
   Raymond G. Ballister, Jr. SBN 111282
2  Mark Potter, SBN 166317
   Phyl Grace, Esq., SBN 171771
3  Mail: PO Box 262490
   San Diego, CA 92196-2490
4  Delivery: 9845 Erma Road, Suite 300
   San Diego, CA 92131
5  (858) 375-7385; (888) 422-5191 fax
   phylg@potterhandy.com
6  Attorneys for Plaintiff

7  Arman Sahakyan, Esq., SBN 259958
   ARMAN SAHAKYAN & ASSOCIATES
8  1415 E. Colorado St., Suite 207
   Glendale, CA 91205
9  T: (818)246-1000
   F: (818)483-2340
10 Attorney for Defendants

11              UNITED STATES DISTRICT COURT
12              CENTRAL DISTRICT OF CALIFORNIA

13 **Shirley Lindsay**,                    ) Case No.: 2:17-cv-02592-JWF-SS
                                           )
14            Plaintiff,                    )
                                           )
15 v.                                       ) **JOINT NOTICE OF SETTLEMENT**
                                           )
16 **3161 Los Feliz Blvd, LLC**, a California )
   Limited Liability Company; **Arman**    )
17 **Tsolakyan; Gohar Grigorian**; and Does )
   1-10,                                    )
18                                          )
              Defendants.                   )
19                                          )
                                           )
20 _____ )

21      The Parties hereby jointly notify the court that a global settlement has been

22 reached in the above-captioned case and the parties would like to avoid any additional

23 expense, and further the interests of judicial economy.

24      All Parties, therefore, apply to this Honorable Court to vacate all currently set

25 dates with the expectation that the Joint Stipulation for Dismissal with prejudice as to

26 all parties will be filed within 60 days. The Parties further request that the Court

27 schedule a Status Conference/OSC Hearing approximately 60 days out at which the

28

1  Parties, by and through their attorneys of record shall show cause why this case has not

2  been dismissed.

3

4  Dated: 1/16/18                              CENTER FOR DISABILITY ACCESS

5

6                                             By: /s/Phyl Grace_____
                                                    Phyl Grace
7                                                   Attorneys for Plaintiff

8  Dated: 1/16/18                              ARMAN SAHAKYAN & ASSOCIATES

9

10                                            By: /s/ Arman Sahakyan_____
                                                    Arman Sahakyan
11                                                  Attorney for Defendants

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## <u>SIGNATURE CERTIFICATION</u>

I hereby certify that the content of this document is acceptable to Arman Sahakyan, counsel for 3161 Los Feliz Blvd, LLC, Aram Tsolakyan, and Gohar Grigorian, and that I have obtained Mr. Sahakyan's authorization to affix his electronic signature to this document.

Dated: 1/16/18                          CENTER FOR DISABILITY ACCESS

                                        By: /s/Phyl Grace_____
                                            Phyl Grace
                                            Attorneys for Plaintiff